Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−11856−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly A. Lembo
   1064 Tralee Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−2195

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               4/1/20
Time:              10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 24, 2020
JAN: gan

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kelly A. Lembo  
    Debtor

Case No. 20-11856-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 24, 2020  
                         Form ID: 132    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.

```
db              +Kelly A. Lembo,    1064 Tralee Drive,    Toms River, NJ 08753-3163
518695586       +Atlantic Shore Surgical Assoc.,    c/o Jeffrey H. Gerstenblatt,    1072 Madison Avenue,
                  Lakewood, NJ 08701-2650
518695592      #+Carisbrook Asset Holding Trust,    5016 Parkway Plaza Blvd,    Charlotte, NC 28217-1932
518695594       +Central Credit Services, LLC,    9550 Regency Square,    Jacksonville, FL 32225-8169
518695593       +Central Credit Services, LLC,    9550 Regency Square Blvd,    Suite 500 A,
                  Jacksonville, FL 32225-8169
518695598       +F.H. Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
                  North Andover, MA 01845-1048
518695601        IC System,    444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
518695604        LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
518695605       +Newlands Asset Holding Trust,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                  Cherry Hill, NJ 08034-1925
518695606       +Newton Inpatient Medical Assoc.,    94 Old Short Hills Road,    Livingston, NJ 07039-5672
518695607       +Prestige Financial Svc,    Attn: Bankruptcy,    351 W Opportunity Way,    Draper, UT 84020-1399
518695609       +Radius Global Solutions, LLC,    7831 Glenroy Road,    Suite 250A,    Minneapolis, MN 55439-3117
518695611       +Recivable Management Services. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
518695610       +Recivable Management Services. LLC,    Attn: Bankruptcy,    240 Emery Street,
                  Bethlehem, PA 18015-1980
518695612       +Rotem Dental Care,    355 Lakehurst Road,    Toms River, NJ 08755-7381
518695613       +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518721815       +Thrift Investment Company,    c/o DL Thompson Law, PC,    PO Box 679,    Allenwood, NJ 08720-0679
518695614       +Thrift Investment Corp.,    c/o Donna Thompson, Esq.,    1442 Lakewood Road,    PO Box 679,
                  Allenwood, NJ 08720-0679
518695616       +Thrift Investment Corporation,    720 King George Post Rd,    Fords, NJ 08863-1985
518695615       +Thrift Investment Corporation,    Attn: Bankruptcy,    Po Box 538,    Fords, NJ 08863-0538
518695617        US Department of Education,    PO Box 105028,    Atlanta, GA 30348-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518695587       +E-mail/Text: billing@assa-nj.com Feb 25 2020 00:26:26      Atlantic Shore Surgical Assoc.,
                  478 Brick Blvd,    Brick, NJ 08723-6077
518695588       +E-mail/Text: bankruptcy@usecapital.com Feb 25 2020 00:27:09      Capital Accounts,
                  Attn: Bankruptcy Dept,    Po Box 140065,    Nashville, TN 37214-0065
518695589       +E-mail/Text: bankruptcy@usecapital.com Feb 25 2020 00:27:09      Capital Accounts,
                  Po Box 140065,    Nashville, TN 37214-0065
518695591       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:47      Capital One,
                  Po Box 30281,    Salt Lake City, UT 84130-0281
518695590       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:47      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518715434       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2020 00:33:48
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518695595       +E-mail/Text: ebn@rwjbh.org Feb 25 2020 00:26:31      Community Medical Center,
                  99 Highway 37 West,    Toms River, NJ 08755-6423
518695596       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 25 2020 00:26:47
                  Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
518695597       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 25 2020 00:26:47
                  Credit Collection Services,    Po Box 607,    Norwood, MA 02062-0607
518695599       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 25 2020 00:26:37      Fingerhut,
                  Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
518695600       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 25 2020 00:26:37      Fingerhut,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518695602        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 00:25:25      Internal Service Revenue,
                  PO Box 7346,    Philadelphia, PA 19101-7346
518707643        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:45      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518695603       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:34:16
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
518695608       +E-mail/Text: bankruptcy@gopfs.com Feb 25 2020 00:26:41      Prestige Financial Svc,
                  1420 S. 500 W,    Salt Lake City, UT 84115-5149
518728848        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Feb 25 2020 00:34:27      T-Mobile,
                  PO Box 53410,    Bellevue, WA 98015-3410
                                                                                              TOTAL: 18
```

                    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Feb 24, 2020
                                  Form ID: 132             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Kelly A. Lembo courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                         TOTAL: 4
```