STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on April 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(TRENTON)**

| In Re: | Chapter 13 |
|---|---|
| Kelly A. Lembo | Case Number: 20-11856-CMG |
| Debtor | Hearing: April 1, 2020 at 9:00AM |
| | Judge: Christine M. Gravelle |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: April 9, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Kelly A. Lembo
Case Number: 20-11856-CMG
 Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of Carisbrook Asset Holding Trust through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

1064 Tralee Drive, Toms River, NJ 08753 -- the "Property".

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Kelly A. Lembo                                                    Case No. 20-11856-CMG
        Debtor                                                   Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 14, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db             +Kelly A. Lembo,    1064 Tralee Drive,    Toms River, NJ 08753-3163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
           Albert  Russo    docs@russotrustee.com
           Christopher M. McMonagle    on behalf of Creditor    U.S. Bank Trust National Association, et. al.
            cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
           Christopher M. McMonagle    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
            cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
           Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.    on behalf of Debtor Kelly A. Lembo courtdocs@oliverandlegg.com,
            R59915@notify.bestcase.com
                                                                          TOTAL: 6