Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−11856−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kelly A. Lembo
    1064 Tralee Drive
    Toms River, NJ 08753
Social Security No.:
    xxx−xx−2195
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/1/21 at 09:00 AM

to consider and act upon the following:

*64 −* Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert
Russo. Objection deadline is 7/29/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/30/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-11856-CMG

Kelly A. Lembo                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

**Recip ID**        **Recipient Name and Address**
db           + Kelly A. Lembo, 1064 Tralee Drive, Toms River, NJ 08753-3163

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Christopher M. McMonagle | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Richard Gerbino | on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Steven P. Kelly | on behalf of Creditor U.S. Bank Trust National Association  et. al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

U.S. Trustee                              USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                                              on behalf of Debtor Kelly A. Lembo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com


TOTAL: 8