DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York#
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
 (518) 786-9069
Attorneys for Creditor, Prestige Financial Services, Inc.

Order Filed on September 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KELLY A. LEMBO,

Debtor.

Case No.: 20-11856-CMG

Judge: Christine M. Gravelle

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND CO DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) through (4) is hereby
ORDERED.

**DATED: September 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
 (518) 786-9069
Attorneys for Creditor, Prestige Financial
Services, Inc.

In Re:

    KELLY A. LEMBO,

              Debtor.

Case No.: 20-11856-CMG

Judge: Christine M. Gravelle

Chapter: 13

# CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO DEBTOR STAY

WHEREAS, Prestige Financial Services, Inc. (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and 1301(c), authorizing relief from automatic stay and co-debtor, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor will continue to make the regular monthly payments due to the Chapter 13 Trustee pursuant to the terms of the Chapter 13 Plan in a timely fashion commencing with the payment due for September 2021.

2. Adequate protection payments in the amount of $150.00 each shall be made monthly to creditor commencing on the Trustee's first disbursement date following entry of this Order provided appropriate funds are available.

3. Upon confirmation, adequate protection payments shall continue to be made to creditor until such time that the creditor begins to receive regular plan distributions from the Trustee.

4. In the event debtor fails to make any payment called for in this Consent Order within thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

5. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay and co debtor stay.

| | |
|---|---|
| */s/ Richard Gerbino* | */s/ R. Cameron Legg* |
| Richard Gerbino, Esq. | R. Cameron Legg, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Oliver & Legg, LLC |
| 716 Newman Springs Road, Suite 372 | 2240 State Highway 33, Suite 112 |
| Lincroft, New Jersey 07738 | Neptune, NJ 07753 |
| | |
| Dated: September 15, 2021 | Dated: September 15, 2021 |