DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York#
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
 (518) 786-9069
Attorneys for Creditor, Prestige Financial Services, Inc.

Order Filed on September 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    KELLY A. LEMBO,

             Debtor.

Case No.: 20-11856-CMG

Judge: Christine M. Gravelle

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND CO DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) through (4) is hereby
ORDERED.

**DATED: September 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
 (518) 786-9069
Attorneys for Creditor, Prestige Financial
Services, Inc.

In Re:

    KELLY A. LEMBO,

              Debtor.

Case No.: 20-11856-CMG

Judge: Christine M. Gravelle

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND CO DEBTOR STAY**

WHEREAS, Prestige Financial Services, Inc. (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and 1301(c), authorizing relief from automatic stay and co-debtor, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor will continue to make the regular monthly payments due to the Chapter 13 Trustee pursuant to the terms of the Chapter 13 Plan in a timely fashion commencing with the payment due for September 2021.

2. Adequate protection payments in the amount of $150.00 each shall be made monthly to creditor commencing on the Trustee's first disbursement date following entry of this Order provided appropriate funds are available.

3. Upon confirmation, adequate protection payments shall continue to be made to creditor until such time that the creditor begins to receive regular plan distributions from the Trustee.

4. In the event debtor fails to make any payment called for in this Consent Order within thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

5. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay and co debtor stay.

| | |
|---|---|
| */s/ Richard Gerbino* | */s/ R. Cameron Legg* |
| Richard Gerbino, Esq. | R. Cameron Legg, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Oliver & Legg, LLC |
| 716 Newman Springs Road, Suite 372 | 2240 State Highway 33, Suite 112 |
| Lincroft, New Jersey 07738 | Neptune, NJ 07753 |
| Dated: September 15, 2021 | Dated: September 15, 2021 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-11856-CMG
Kelly A. Lembo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Sep 17, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

**Recip ID**  **Recipient Name and Address**
db  + Kelly A. Lembo, 1064 Tralee Drive, Toms River, NJ 08753-3163

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

**Name**  **Email Address**
Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
  docs@russotrustee.com

Christopher M. McMonagle
  on behalf of Creditor CARISBROOK ASSET HOLDING TRUST cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com

Denise E. Carlon
  on behalf of Creditor CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Richard Gerbino
  on behalf of Creditor Prestige Financial Services Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Steven P. Kelly

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor U.S. Bank Trust National Association  et. al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

on behalf of Debtor Kelly A. Lembo courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 8