Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−11856−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly A. Lembo
   1064 Tralee Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−2195

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/17/21 at 09:00 AM

to consider and act upon the following:

*76* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/4/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 11/4/21

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court