Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−11856−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly A. Lembo
   1064 Tralee Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−2195

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/1/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 1, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kelly A. Lembo  
    Debtor

Case No. 20-11856-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 01, 2021     Form ID: 148     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly A. Lembo, 1064 Tralee Drive, Toms River, NJ 08753-3163 |
| cr | + | U.S. Bank Trust National Association, et. al., Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518695586 | + | Atlantic Shore Surgical Assoc., c/o Jeffrey H. Gerstenblatt, 1072 Madison Avenue, Lakewood, NJ 08701-2650 |
| 518695594 | + | Central Credit Services, LLC, 9550 Regency Square, Jacksonville, FL 32225-8169 |
| 518695593 | + | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 518695598 | + | F.H. Cann & Associates, Inc., 1600 Osgood Street, Suite 20-2/120, North Andover, MA 01845-1048 |
| 518695605 | + | Newlands Asset Holding Trust, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518695606 | + | Newton Inpatient Medical Assoc., 94 Old Short Hills Road, Livingston, NJ 07039-5672 |
| 518695607 | + | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 518695609 | + | Radius Global Solutions, LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3132 |
| 518695611 | + | Recivable Management Services. LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 518695610 | + | Recivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 518695612 | #+ | Rotem Dental Care, 355 Lakehurst Road, Toms River, NJ 08755-7381 |
| 518842999 | + | SYNERGY MEDICAL LABORATORIES PC, c/o PROFESSIONAL SERVICES OF NY, 2701 MIDDLE COUNTRY RD SUITE 8, LAKE GROVE, NY 11755-2117 |
| 518695613 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518721815 | + | Thrift Investment Company, c/o DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| 518695614 | + | Thrift Investment Corp., c/o Donna Thompson, Esq., 1442 Lakewood Road, PO Box 679, Allenwood, NJ 08720-0679 |
| 518695616 | + | Thrift Investment Corporation, 720 King George Post Rd, Fords, NJ 08863-1985 |
| 518695615 | + | Thrift Investment Corporation, Attn: Bankruptcy, Po Box 538, Fords, NJ 08863-0538 |
| 518745557 | + | U.S. Bank Trust National Association, c/o RoundPoint Mortgage Servicing Corpor, 446 Wrenplace Rd, Suite 200, Fort Mill, SC 29715-0200 |
| 518695617 | | US Department of Education, PO Box 105028, Atlanta, GA 30348-5028 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518695587 | + | Email/Text: billing@assa-nj.com | Dec 01 2021 20:35:00 | Atlantic Shore Surgical Assoc., 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518695589 | + | Email/Text: bankruptcy@usecapital.com | Dec 01 2021 20:36:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 518695588 | + | Email/Text: bankruptcy@usecapital.com | Dec 01 2021 20:36:00 | Capital Accounts, Attn: Bankruptcy Dept, Po Box 140065, Nashville, TN 37214-0065 |
| 518695590 | + | EDI: CAPITALONE.COM | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: 148 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518695591 | + | EDI: CAPITALONE.COM | Dec 02 2021 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518715434 | + | EDI: AIS.COM | Dec 02 2021 01:33:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518695595 | + | Email/Text: ebn@rwjbh.org | Dec 02 2021 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518695596 | + | EDI: CCS.COM | Dec 01 2021 20:35:00 | Community Medical Center, 99 Highway 37 West, Toms River, NJ 08755-6423 |
| 518695597 | + | EDI: CCS.COM | Dec 02 2021 01:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518755932 | | EDI: ECMC.COM | Dec 02 2021 01:33:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 518695600 | + | EDI: BLUESTEM | Dec 02 2021 01:33:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518695601 | | EDI: IIC9.COM | Dec 02 2021 01:33:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518695602 | | EDI: IRS.COM | Dec 02 2021 01:33:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518695599 | | EDI: BLUESTEM | Dec 02 2021 01:33:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518707643 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 01:33:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 518695604 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2021 20:39:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518695603 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2021 20:39:30 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518754722 | + | Email/Text: bankruptcy@gopfs.com | Dec 01 2021 20:39:30 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518695608 | + | Email/Text: bankruptcy@gopfs.com | Dec 01 2021 20:35:00 | Prestige Financial Services, P.O. Box 26707, Salt Lake City, UT 84126-0707 |
| 518728848 | | EDI: AISTMBL.COM | Dec 01 2021 20:35:00 | Prestige Financial Svc, 1420 S. 500 W, Salt Lake City, UT 84115-5149 |
| | | | Dec 02 2021 01:33:00 | T-Mobile, PO Box 53410, Bellevue, WA 98015-3410 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518695592 | ##+ | Carisbrook Asset Holding Trust, 5016 Parkway Plaza Blvd, Charlotte, NC 28217-1932 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Christopher M. McMonagle | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Richard Gerbino | on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Steven P. Kelly | on behalf of Creditor U.S. Bank Trust National Association  et. al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Kelly A. Lembo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 8